DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT C. GIEZIE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:12-cv-00036-ECR-GWF |
| VALLEY HEALTH SYSTEM, LLC, dba Spring Valley Hospital, a Delaware Corporation and Does I-X inclusive, | ) |
| Defendant. | ) |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Carol Igoe to practice before this honorable Court in all matters relating to the above-captioned case.

Ms. Igoe is an attorney with the United States Equal Employment Opportunity Commission ("EEOC"), Los Angeles District Office, an agency of the Federal Government. Ms. Igoe is a member in good standing of the Bar of California, Bar No. 267673.

The following contact information is provided to the Court:

>Carol Igoe
>U.S. Equal Employment Opportunity Commission
>255 E. Temple Street, 4th Floor
>Los Angeles, California 90012
>Tel: (213) 894-1091
>Fax: (213) 894-1301
>Email: Carol.Igoe@eeoc.gov

Accordingly, the United States respectfully requests that an order be issued allowing Carol Igoe to practice before this honorable Court.

Respectfully submitted this 15th day of August 2012.

>DANIEL G. BOGDEN
>United States Attorney
>
> /s/ Blaine Welsh
>BLAINE T. WELSH
>Assistant United States Attorney

**IT IS SO ORDERED:**

**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:   August 15, 2012**

**IT IS FURTHER ORDERED** that Carol Igoe may appear telephonically at the hearing scheduled for August 24, 2012 at 2:00 p.m. on the EEOC's Emergency Motion to Quash Subpoena (#19).  Ms. Igoe is instructed to call telephone number **(702) 868-4910, password 123456,** five (5) minutes prior to the hearing time.  Please remain on the line until such time as the Court joins the call and convenes the proceedings.  The use of a cell phone or speaker phone during the call is **prohibited**.  *The call must be made using a land line.*

**PROOF OF SERVICE**

I, Blaine Welsh, certify that the following individuals were served the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below identified method of service:

**Electronic Case Filing:**

Ivy R Gage
The Gage Law Firm, PLLC
7674 W Lake Mead Boulevard, Suite 108
Las Vegas, Nevada 89128
EFILE@GAGELAWFIRM.COM

*Attorney for Plaintiff*

Elayna J Youchah
Jackson Lewis LLP
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
YOUCHAHE@JACKSONLEWIS.COM

*Attorney for Defendant*

DATED this 15th day of August 2012.

                                          */s/ Blaine Welsh*
                                          BLAINE T. WELSH
                                          Assistant United States Attorney